# Notice Recipients

District/Off: 0311−1           User: admin                  Date Created: 2/15/2023
Case: 22−11170−JTD             Form ID: pdfodc              Total: 4

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee         USTPRegion03.WL.ECF@USDOJ.GOV
aty    Adam G. Landis       landis@lrclaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       FTX TURKEY TEKNOLOJI VE TICARET ANONIM SIRKET     Maslak Mah. Maslak Meydan Sk.    Beybi Giz Plaza A    Blok No: 1 Is Kapi No: 55    Sariyer, Istanbul    TURKEY
clagent  Kroll Restructuring Administration LLC    (f/k/a Prime Clerk LLC)    55 East 52nd Street    17th Floor    New York, NY 10055

TOTAL: 2